UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-62333-CIV-MORENO

ALDO PEDROZA,

    Plaintiff,

vs.

FLORIDA TEE SHIRTS, INC., a Florida
Corporation and DAVID WALDMAN,
individually,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, ALDO PEDROZA, hereby submit this Notice of Settlement with Defendants, FLORIDA TEE SHIRTS, INC. and DAVID WALDMAN, and anticipates having the settlement papers completed and dismissal stipulation filed with the Court within ten (10) days.

    Respectfully Submitted,

    WHITELOCK & ASSOCIATES, P.A.
    *Attorneys for Plaintiff*
    300 Southeast Thirteenth Street
    Fort Lauderdale, Florida 33316
    Tel: 954-463-2001 | Fax: 954-463-0410

    By: */s/ Christopher J. Whitelock*
    CHRISTOPHER J. WHITELOCK
    Florida Bar No.: 067539
    E-Mail: cjw@whitelocklegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 5, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission or Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                                                 __*/s/ Christopher J. Whitelock*_____
                                                 CHRISTOPHER J. WHITELOCK

CASE NO.: 16-62333-CIV-MORENO
Page 3 of 3

## SERVICE LIST

*Sent Via Email:*

CHARLES M. EISS, Esq.
**Email:  ceiss@icelawfirm.com**
LINDSAY M. MASSILLON, Esq.
**Email:  lmassillon@icelawfirm.com**
NATHALY LEWIS, Esq.
**Email:  nlewis@icelawfirm.com**
LAW OFFICES OF CHARLES EISS, P.L.
7951 SW Sixth Street, Suite 308
Plantation, Florida 33324